UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. HOLMES, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-1446-TLN-JDP<br><br>**ORDER** |

Plaintiff Juan Carlos Calderon ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 8, 2025, the Court denied plaintiff's application for leave to proceed in forma pauperis because Plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g). (ECF No. 8.) Plaintiff was granted twenty-one days in which to pay the $402 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. *Id*. Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, it is hereby ORDERED that:

1. This action is dismissed without prejudice for failure to pay the filing fee; and
2. The Clerk of Court is directed to close the case.

1

1  IT IS SO ORDERED.

2  Date: September 26, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE